# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS B. REGALADO,<br><br>　　　　Petitioner,<br>　v.<br>W.J. SULLIVAN, Warden,<br><br>　　　　Respondent. | Case No. 2:18-cv-10166-JAK (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: June 7, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE