JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS B. REGALADO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>W.J. SULLIVAN, Warden,<br><br>　　　　　Respondent. | Case No. 2:18-cv-10166-JAK (AFM)<br><br>**JUDGMENT** |

This matter came before the Court on the Petition of DENNIS B. REGALADO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that Petitioner's Motion for Stay is denied and the Petition is dismissed without prejudice.

DATED: June 7, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE